IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIS MARCHANTE-RIVAS                    :

                                    :

    v.                                  :   Civil Action No. DKC 10-0063
                                        Criminal No. DKC 05-0393
                                    :

UNITED STATES OF AMERICA                :

**ORDER**

For the reasons set forth in the foregoing Memorandum Opinion, it is this 14th day of March, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion to vacate, set aside, or correct sentence filed by Petitioner Eris Marchante-Rivas (ECF No. 1464) BE, and the same hereby IS, DENIED;

2.   A certificate of appealability with respect to Petitioner's motion BE, and the same hereby IS, DENIED;

3.   The clerk is directed to CLOSE Civil Action No. DKC 10-0063; and

4.   The clerk is further directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for the government and directly to Mr. Eris-Marchante.

                                     _____/s/_____
                                     DEBORAH K. CHASANOW
                                     United States District Judge